AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED

Southern ____ District of ____ New York

RECEIVED

08 FEB 28 PM 7: 09

U.S. DISTRICT COURT
S.D.N.Y.

08 FEB 28 PM 10: 49

U.S. DISTRICT COURT
S.D.N.Y.

Pfizer Inc,
Robert Jarvik, M.D., and Jarvik Heart, Inc.

V.

Mathew I. Gelfand, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 02018

TO: (Name and address of Defendant)

Mathew I. Gelfand, M.D.
245 Fairway Road
Lido Beach, New York 11561

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Ebert
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue, 6th Floor
New York, New York 10177

Rudy E. Hutz
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, Delaware 19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

FEB 28 2008

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PFIZER, INC.; ROBERT JARVIK, M.D.;              Case No. 08-CV-2018
and JARVIK HEART, INC.;
                              Plaintiff(s),
        -against-

MATHEW I. GELFAND, M.D.,                         **AFFIDAVIT OF SERVICE**

                              Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK          )
                            s.s :
COUNTY OF NEW YORK         )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 3rd day of March, 2008, at approximately 7:18 p.m., deponent served an original **Summons, Complaint for Declaratory Judgment, Rules of Court and Judge's Rules** upon Mathew I. Gelfand at 245 Fairway Road, Lido Beach, New York 11561 by personally delivering and leaving the same with Silvia Gelfand, spouse and a person of suitable age and discretion at that address, the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    Silvia Gelfand is a white female, approximately 80 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 125 pounds, with medium length gray hair and light eyes and was wearing glasses.

Sworn to before me this
7th day of March, 2008

                                    JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE4851559
Qualified in New York County
Commission expires February 3, 2010