INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
250 Park Avenue
New York, New York 10177
(212) 907-9600
*Attorneys for Plaintiffs Pfizer Inc., Robert Y. Jarvik, M.D., and Jarvik Heart, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PFIZER INC,                                                 :
ROBERT JARVIK, M.D.,                                        :
JARVIK HEART, INC.,                                         :  Civil Action No. 08-
                                                            :
                          Plaintiffs,                       :  **RULE 7.1 DISCLOSURE STATEMENT**
                                                            :
         v.                                                 :
                                                            :
MATHEW I. GELFAND, M.D.,                                    :
                                                            :
                          Defendant.                        :
------------------------------------------------------------x

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Pfizer, Inc., Robert Jarvik, M.D., and Jarvik Heart, Inc. certify that Pfizer, Inc. and Jarvik Heart, Inc. have no parent corporation and that no publicly held corporation owns 10% or more of either company's stock.

Dated: February 28, 2008
       New York, New York

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP

By: _____
David G. Ebert (DE 4078)
*Attorneys for Plaintiffs Pfizer Inc., Robert Jarvik, M.D., and Jarvik Heart, Inc.*
250 Park Avenue
New York, New York 10177
Telephone: (212) 907-9600
Facsimile: (212) 907-9681

271036_1/02519-003

**OF COUNSEL:**

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 North Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614