**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PFIZER INC, *et al.*, )<br>)<br>    Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>MATHEW I. GELFAND, M.D., )<br>)<br>    Defendant/Counter-Plaintiff. )<br>) | Civil Action No.:  08 CV 02018 LAK |

**NOTICE OF WITHDRAWAL**

Defendant/Counter-Plaintiff Mathew I. Gelfand, M.D., ("Dr. Gelfand"), by and through his undersigned counsel, hereby respectfully withdraws his Counterclaims filed on March 24, 2008, (D.E # 4). Defendant/Counter-Plaintiff will re-file his Counterclaims with Exhibits attached.

Dated:  March 24, 2008            Respectfully Submitted,
Bethesda, Maryland

**THE ROTBERT LAW GROUP, LLC**

            /s/ Mitchell J. Rotbert
Mitchell J. Rotbert
Bar No. MR-0484
7315 Wisconsin Avenue
Suite 1250 West
Bethesda, Maryland 20814
Phone: (240) 333-4517
Fax:    (301) 251-4032
mrotbert@rotbertlaw.net

*Attorney for Defendant/Counter-Plaintiff Mathew I. Gelfand, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of March, 2008, I caused a copy of the foregoing **NOTICE OF WITHDRAWAL** to be delivered via ECF filing and by United States Mail, postage prepaid, to:

David G. Elbert
INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
250 Park Avenue
New York, New York 10177
*Counsel for Plaintiffs*

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
CONNOLLEY BOVE LODGE & HUTZ LLP
1007 Noth Orange Street
Wilmington, DE 19899
*Of Counsel for Plaintiffs*