**MEMO ENDORSED**   ORIGINAL SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFIZER INC,
ROBERT JARVIK, M.D.,
JARVIK HEART, INC.,

   Plaintiffs,

v.

MATHEW I. GELFAND, M.D.,

   Defendant.

Civil Action No. 08 Civ. 2018 (LAK) (JCF)

ECF case

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

MAR 2 6 2008

In accordance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, David G. Ebert, a member in good standing of the bar of this Court, move for an Order allowing the admission *pro hac vice* of

**Rudolf E. Hutz**
**Jeffrey B. Bove**
**Mary W. Bourke**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware, 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 4/1/08

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

272844_1/02519-0003