UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PFIZER INC, :
ROBERT JARVIK, M.D., :
JARVIK HEART, INC., : Civil Action No. 08 Civ. 2018 (LAK)
: (JCF)
          Plaintiffs, :
: **NOTICE OF MOTION**
          v. :
:
MATHEW I. GELFAND, M.D., :
:
          Defendant. :
---------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, upon the attached affidavit of David G. Ebert, sworn to April 10, 2008, the accompanying memorandum of law, and all prior proceedings in this action, plaintiffs will move this Court, before the Honorable Lewis A. Kaplan at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, at such date as the Court may designate, for an order granting plaintiffs' motion to dismiss and/or strike defendant's counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), and for such other and further relief as Court deems just and proper.

Dated: New York, New York
       April 10, 2008

                                                      INGRAM YUZEK GAINEN CARROLL
                                                      & BERTOLOTTI, LLP

                                                      By: _____
                                                         David G. Ebert (DE - 4078)
                                                         Attorneys for Plaintiffs, Pfizer Inc.,
                                                          Robert Jarvik, M.D., and Jarvik Heart, Inc.
                                                          250 Park Avenue
                                                          New York, New York 10177
                                                          (212) 907-9600

Of Counsel:
Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

TO:   Mitchell J. Rotbert
The Rotbert Law Group, LLC
7315 Wisconsin Avenue
Suite 1250 West
Bethesda, Maryland  20814
*Attorneys for Defendant
Mathew I. Gelfand, M.D.*