UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
PFIZER INC,                              x
ROBERT JARVIK, M.D.,                     :
JARVIK HEART, INC.,                      :   Civil Action No.  08 Civ. 2018 (LAK)
                                         :   (JCF)
                Plaintiffs,              :
                                         :   **NOTICE OF MOTION**
        v.                               :
                                         :
MATHEW I. GELFAND, M.D.,                 :
                                         :
                Defendant.               :
---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the attached affidavit of David G. Ebert, sworn to April 10, 2008, the accompanying memorandum of law, and all prior proceedings in this action, plaintiffs will move this Court, before the Honorable Lewis A. Kaplan at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, at such date as the Court may designate, for an order granting plaintiffs' motion to dismiss and/or strike defendant's counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), and for such other and further relief as Court deems just and proper.

Dated:  New York, New York
        April 10, 2008

                                    INGRAM YUZEK GAINEN CARROLL
                                    & BERTOLOTTI, LLP

                                    By: _____
                                    David G. Ebert (DE - 4078)
                                    Attorneys for Plaintiffs, Pfizer Inc.,
                                    Robert Jarvik, M.D., and Jarvik Heart, Inc.
                                    250 Park Avenue
                                    New York, New York 10177
                                    (212) 907-9600

275086_2/02519-0003

Of Counsel:

Rudolf E. Hutz

Jeffrey B. Bove

Mary W. Bourke

William E. McShane

**CONNOLLY BOVE LODGE & HUTZ LLP**

1007 North Orange Street

Wilmington, DE 19899

(302) 658-9141

TO:    Mitchell J. Rotbert

The Rotbert Law Group, LLC

7315 Wisconsin Avenue

Suite 1250 West

Bethesda, Maryland 20814

*Attorneys for Defendant*
*Mathew I. Gelfand, M.D.*