UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PFIZER, INC., et al.,

                Plaintiffs,

      -against-                                08 Civ. 2018 (LAK)

MATHEW I. GELFAND, M.D.,

                Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion to dismiss the complaint [docket item 7] is without merit and is denied.

        SO ORDERED.

Dated:      April 18, 2008

                                              _____
                                                    Lewis A. Kaplan
                                           United States District Judge