UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PFIZER, INC., et al.,

                      Plaintiffs,

          -against-                                    08 Civ. 2018 (LAK)

MATHEW I. GELFAND, M.D.,

                      Defendant.
------------------------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        Plaintiffs' motion [docket item 15] to strike defendant's free-standing counterclaim, the latter of which is docket item 6, is granted without prejudice to the counterclaims asserted by defendant in his answer, which is docket item 19.

        SO ORDERED.

Dated:      April 24, 2008

                                                        _____
                                                              Lewis A. Kaplan
                                                        United States District Judge

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/24/08]