UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PFIZER INC, <br> ROBERT JARVIK, M.D., <br> JARVIK HEART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATHEW I. GELFAND, M.D., <br><br> Defendant. | Civil Action No. 08 Civ. 2018 (LAK) (JCF) <br> ECF case |

## PLAINTIFFS' MOTION TO DISMISS
## DEFENDANT'S COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons set forth in the affidavit of David G. Ebert, sworn to on May 16, 2008, and the accompanying memorandum of law, plaintiffs Pfizer Inc, Robert Jarvik, M.D. and Jarvik Heart, Inc. move to dismiss Mathew I. Gelfand, M.D.'s counterclaims.

Respectfully submitted,

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
*Attorneys for Plaintiffs Pfizer Inc, Robert Jarvik, M.D., and Jarvik Heart, Inc.*

By: David G. Ebert
A Member of the Firm
250 Park Avenue - 6th Floor
New York, New York 10177
(212) 907-9603
debert@ingramllp.com

Of Counsel:
Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

DATED: May 16, 2008

279330_1/02519-0003