**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
PZIFER INC., ET AL.,                                    1:08-cv-02018-LAK
                                        :
              Plaintiffs,
                                        :      **CONSENT MOTION OR**
      -against-                                 **EXTENSION OF TIME FOR**
                                        :      **DEFENDANT TO RESPOND TO**
MATHEW I. GELFAND,                              **PLAINTIFFS' MOTION TO**
                                        :      **DISMISS DEFENDANT'S**
              Defendant.                        **COUNTERCLAIMS**
                                        :
-------------------------------------------------------------x

     Defendant, Mathew I. Gelfand, by and through his undersigned counsel, hereby respectfully, and with the consent of Plaintiffs, moves this Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to extend time from June 2, 2008, through and including June 12, 2008, for Defendant to file and serve his response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims, and states as follows:

     1.    On May 16, 2008, Plaintiffs filed a Motion to Dismiss Defendant's Counterclaims.

     2.    Pursuant to the Local Rules of this Court, a response to the motion is to be filed on or before June 2, 2008. Due in material part to Defendant's counsel's calendar since May 16, 2008, compounded by the absence of Defendant's counsel's sole paralegal since May 23, 2008, Defendant is unable to file a response to the motion on or before June 2, 2008.

     3.    Plaintiffs consent to the extension sought herein.

     4.    The rescheduling hereby requested will not adversely affect the balance of this case.

2

WHEREFORE, Defendant respectfully request that the Court extend the time from June 2, 2008, to and including June 12, 2008, for Defendant to file and serve a response to Plaintiff's Motion to Dismiss Defendant's Counterclaims.

Dated:  June 2, 2008  
Bethesda, Maryland

Respectfully Submitted,

**THE ROTBERT LAW GROUP, LLC**

_____/s/ Mitchell J. Rotbert_____  
Mitchell J. Rotbert  
Bar No. MR0484  
7315 Wisconsin Avenue  
Suite 1250 West  
Bethesda, Maryland 20814  
Phone: (240) 333-4517  
Fax:     (301) 251-4032  
mrotbert@rotbertlaw.net

*Attorney for Plaintiff*  
*Mathew I. Gelfand, M.D.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of June 2008, I caused a copy of the foregoing **CONSENT MOTION OR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** to be delivered via ECF filing and by United States Mail, postage prepaid, to:

David G. Elbert
INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
250 Park Avenue
New York, New York 10177
*Counsel for Plaintiffs*

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
CONNOLLEY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
*Of Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　/s/ Mitchell J. Rotbert
　　　　　　　　　　　　　　　　　　　　　　Mitchell J. Rotbert

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PZIFER INC., ET AL.,                                            1:08-cv-02018-LAK
                :
        Plaintiffs,
                :
   -against-
                :    **PROPOSED ORDER**
MATHEW I. GELFAND,
                :
        Defendant.
                :
-------------------------------------------------------------x

UPON CONSIDERATION of the Consent Motion of Extension of Time for Defendant to Respond to Plaintiffs' Motion to Dismiss Defendant's Counterclaims, and for good cause shown,

IT IS HEREBY ORDERED, that the Consent Motion for Extension of Time is GRANTED; and

IT IS FURTHER ORDERED, that Defendant, Mathew I. Gelfand, shall file his Response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims on or before June 12, 2008.

SO OEDERED.

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge

<u>Copies via electronic filing to:</u>
Mitchell J. Rotbert, Esg.
David G. Ebert, Esg.
Jeffrey B. Bove, Esq.
Mary W. Bourke, Esq.
Rudolf E. Hutz, Esq.
William E. McShane, Esq.