

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
PZIFER INC., ET AL.,                                    1:08-cv-02018-LAK

                 Plaintiffs,      :

          -against-        :

MATHEW I. GELFAND,        :   **PROPOSED ORDER**

                 Defendant.  :

-------------------------------------------------------------x

      UPON CONSIDERATION of the Consent Motion of Extension of Time for Defendant

to Respond to Plaintiffs' Motion to Dismiss Defendant's Counterclaims, and for good cause

shown,

      IT IS HEREBY ORDERED, that the Consent Motion for Extension of Time is

GRANTED; and

      IT IS FURTHER ORDERED, that Defendant, Mathew I. Gelfand, shall file his

Response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims on or before June 12,

2008.

SO OEDERED.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

_____
Lewis A. Kaplan
United States District Judge

6/3/08