UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PFIZER INC, et al., )<br>)<br>Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>MATHEW I. GELFAND, M.D., )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No.: 08 CV 02018 LAK |

### ORDER

UPON CONSIDERATION of the Second Consent Motion of Extension of Time for Defendant to Respond to Plaintiffs' Motion to Dismiss Defendant's Counterclaims, and for good cause shown,

IT IS HEREBY ORDERED, that the Consent Motion for Extension of Time is GRANTED; and

IT IS FURTHER ORDERED, that Defendant, Mathew I. Gelfand, shall file and serve his Response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims on or before 3:00 p.m., June 19, 2008.

SO OEDERED.

_____
Lewis A. Kaplan
United States District Judge

6/13/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08