UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PFIZER INC,
ROBERT JARVIK, M.D.,
JARVIK HEART, INC.,

                Plaintiffs,

v.

MATHEW I. GELFAND, M.D.,

                Defendant.
------------------------------------------------------------x

Civil Action No. 08 Civ. 2018 (LAK) (JCF)

ECF case

STIPULATION FOR
EXTENSION OF TIME

RECEIVED JUL 25 2008 JUDGE KAPLAN'S CHAMBERS

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties that plaintiffs' time to respond to defendant's counterclaim is extended to and including August 6, 2008. No prior requests for extension have been made.

Dated: July 24, 2008

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
*Attorneys for Plaintiffs Pfizer Inc,*
*Robert Jarvik, M.D., and Jarvik Heart, Inc.*


By: David G. Ebert
A Member of the Firm
250 Park Avenue - 6th Floor
New York, New York 10177
(212) 907-9603
debert@ingramllp.com

- and -

THE ROTBERT LAW GROUP, LLC
*Attorneys for Defendant*
*Mathew I. Gelfand, M.D.*


By: Mitchell J. Rotbert
7315 Wisconsin Avenue
Suite 1250 West
Bethesda, Maryland 20814
(240) 335-4517
mrotbert@rotbertlaw.net

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

Of Counsel:
Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141


So Ordered:

_____
Lewis A. Kaplan
United States District Judge

7/28/08