```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PFIZER INC,
ROBERT JARVIK, M.D.,
JARVIK HEART, INC.,

               Plaintiffs,

v.

MATHEW I. GELFAND, M.D.,

               Defendant.
------------------------------------------------------------x

Civil Action No. 08 Civ. 2018 (LAK) (JCF)

ECF case

**SECOND STIPULATION
FOR EXTENSION OF TIME**

      **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties that plaintiffs' time to respond to defendant's counterclaim is extended to and including August 20, 2008.

Dated: August 4, 2008

**INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP**
*Attorneys for Plaintiffs Pfizer Inc,
Robert Jarvik, M.D., and Jarvik Heart, Inc.*

By: David G. Ebert
A Member of the Firm
250 Park Avenue - 6th Floor
New York, New York 10177
(212) 907-9603
debert@ingramllp.com

- and -

**THE ROTBERT LAW GROUP, LLC**
*Attorneys for Defendant
Mathew I. Gelfand, M.D.*

By: Mitchell J. Rotbert
7315 Wisconsin Avenue
Suite 1250 West
Bethesda, Maryland 20814
(240) 335-4517
mrotbert@rotbertlaw.net

So Ordered:

_____
U.S.D.J. Part 1
Dated: 8/ 6 /2008
New York, NY

289546_1/02519-0003