**MEMO ENDORSED**

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
PFIZER INC,
ROBERT JARVIK, M.D.,
JARVIK HEART, INC.,

          Plaintiffs,

    v.

MATHEW L GELFAND, M.D.,

          Defendant.
---------------------------------------x

Civil Action No. 08 Civ. 2018 (LAK) (JCF)

ECF case

**THIRD STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties that the parties have reached a settlement in principle, and accordingly, plaintiffs' time to respond to defendant's counterclaim is extended to and including September 3, 2008.

Dated: August 19, 2008

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
*Attorneys for Plaintiffs Pfizer Inc,*
*Robert Jarvik, M.D., and Jarvik Heart, Inc.*

By: David G. Ebert
A Member of the Firm
250 Park Avenue - 6th Floor
New York, New York 10177
(212) 907-9603
debert@ingramllp.com

- and -

THE ROTBERT LAW GROUP, LLC
*Attorneys for Defendant*
*Mathew L. Gelfand, M.D.*

By: Mitchell J. Rotbert
7315 Wisconsin Avenue
Suite 1250 West
Bethesda, Maryland 20814
(240) 335-4517
mrotbert@rotbertlaw.net
MR-0484

SO ORDERED: 8/22/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Part I