# INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE
NEW YORK, NEW YORK 10177
Telephone (212) 907-9600
Facsimile (212) 907-9681



Mioko C. Tajika

Writer's Direct Dial (2,2)907-9622
E-Mail: MTAJIKA@INGRAMLLP.COM

September 30, 2008

OCT - 1 2008

**BY HAND**

Judge Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    Re: **Pfizer Inc, Robert Jarvik, M.D. and Jarvik Heart, Inc. v.
Mathew I. Gelfand, M.D., 08-Civ-2018 (LAK) (JCF)**

Dear Judge Kaplan:

    This is to inform the Court that the parties in the above-referenced case have reached a settlement agreement. We will be submitting a stipulation of dismissal as soon as all the signatures have been obtained.

Respectfully,

Mioko C. Tajika

Enc.
cc:   Mitchell J. Rotbert, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/08

Case dismissed
right to reopen
on or before [illegible]
consummat[ion]

SO ORDERED

Lewis A. Kaplan
10/2/08

[award of costs subject to]
[...] to that effect
[...] settlement is not
[...]

SO ORDERED:

_____
Lewis A. Kaplan
U.S.D.J.

296669 1 02519-0003