UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PFIZER INC,  
ROBERT JARVIK, M.D.,  
JARVIK HEART, INC.,  

       Plaintiffs,

v.

MATHEW I. GELFAND, M.D.,

       Defendant.

Civil Action No. 08 Civ. 2018 (LAK) (JCF)  
ECF case

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Pfizer Inc, Robert Jarvik, M.D., and Jarvik Heart, Inc. and Defendant Mathew I. Gelfand, M.D. by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and counterclaims of this action, in their entirety, shall be dismissed with prejudice, each party to bear its own costs and fees.

Dated: October 14, 2008

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**  
*Attorneys for Plaintiffs Pfizer Inc,*  
*Robert Jarvik, M.D., and Jarvik Heart, Inc.*



By: David G. Ebert  
A Member of the Firm  
250 Park Avenue - 6th Floor  
New York, New York 10177  
(212) 907-9603  
debert@ingramllp.com  

- and -

**THE ROTBERT LAW GROUP, LLC**  
*Attorneys for Defendant*  
*Mathew I. Gelfand, M.D.*

By: Mitchell J. Rotbert   MR-0454  
7315 Wisconsin Avenue  
Suite 1250 West  
Bethesda, Maryland 20814  
(240) 335-4517  
mrotbert@rotbertlaw.net

1

297946_1/02519-0003

Of Counsel:
Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
William E. McShane
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

2